33 So.3d 99 (2010)
Austin David CROCKER, Appellant,
v.
STATE of Florida, Appellee.
No. 5D09-1423.
District Court of Appeal of Florida, Fifth District.
April 20, 2010.
Daniel J. Fernandez, Tampa, for Appellant.
Bill McCollum, Attorney General, Tallahassee, and Ann M. Phillips, Assistant Attorney General, Daytona Beach, for Appellee.
PER CURIAM.
AFFIRMED. See Beamon v. State, 23 So.3d 209 (Fla. 4th DCA 2009).
MONACO, C.J., ORFINGER and JACOBUS, JJ., concur.